**DENIED**
8/27/09 *PP*

United States District Court   Central District of California

Western Division

| Glen Broemer | Case No. CV08-5515 MMM (RZX) |
| --- | --- |
| v. | (Proposed) Order to File Under Seal |
| United States and Does 1-10 | |

Good cause having been shown, the court clerk is hereby directed to file the following documents under seal:

Plaintiff's Supplemental ~~Declaration~~ *request for reconsideration* in support of his Request for a TRO and accompanying exhibits

2009 AUG 24 PM 12:56
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

LODGED

_____
The Honorable Margaret Morrow
U.S. District Court Judge