JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN BROEMER, <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF JUSTICE; CENTRAL INTELLIGENCE AGENCY; NATIONAL SECURITY AGENCY; DEPARTMENT OF HOMELAND SECURITY; DEFENSE INTELLIGENCE AGENCY; SECRET SERVICE; UNITED STATES ARMY; UNITED STATES HOUSE OF REPRESENTATIVES; UNNAMED AGENTS AND EMPLOYEES OF THESE DEPARTMENTS, AGENCIES, BUREAUS AND BRANCHES; CITY OF LOS ANGELES; COUNTY OF LOS ANGELES; GEORGE WALKER BUSH; DICK CHENEY; and DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | CASE NO. CV 08-05515 MMM (RZx) <br><br> JUDGMENT FOR DEFENDANTS |

On July 30, 2009, the court granted defendants' motion to dismiss all claims except plaintiff's claim alleging harm to his rabbits, a stolen cat, and a microwaving incident in the twelve to eighteen months preceding the filing of the action with prejudice. It dismissed the claim

alleging harm to plaintiff's rabbits, a stolen cat, and a microwaving incident in the twelve to eighteen months preceding the filing of the action with leave to amend. Plaintiff affirmatively elected not to amend those causes of action on February 16, 2010, and the court entered an order dismissing them with prejudice on March 9, 2010. On April 22, 2011, the court granted the federal defendants' motion for summary judgment on plaintiff's FOIA claim. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff takes nothing by way of the complaint; and
2. That the action be, and it hereby is, dismissed.

DATED: August 30, 2011

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE